### FRANK L. NOBLE v. E. F. POWERS

35 So. (2nd) 412                                   January Term, 1948
May 4, 1948                                        Special Division A
Rehearing denied May 18, 1948.

PER CURIAM:
Affirmed.

### JAMES A. WRIGHT and MARGARET Z. WRIGHT, his wife, v. MAGGIE B. ZACHARY, widow, and F. W. WEITZEL.

35 So. (2nd) 653                                   January Term, 1948
May 7, 1948                                        Division A

PER CURIAM:
Affirmed.

### HASKELL MOODY v. THE STATE OF FLORIDA

35 So. (2nd) 653                                   January Term, 1948
May 11, 1948                                       Special Division B

PER CURIAM:
Affirmed.

### R. O. MIDDLETON v. SUSIE ULRICH

35 So. (2nd) 653                                   January Term, 1948
May 11, 1948                                       Division A

PER CURIAM:
Affirmed.

### JOHN C. HART v. STATE OF FLORIDA

35 So. (2nd) 653                                   January Term, 1948
May 18, 1948                                       Division A

PER CURIAM:
Affirmed.

### IDA K. GOLDBERG v. GEORGE GOLDBERG

35 So. (2nd) 653                                   January Term, 1948
May 18, 1948                                       Division A

PER CURIAM:
Affirmed.

### MYRTLE H. SMITH, MARSHALL v. SAMSON and ANNIE M. SAMSON, his wife, v. GEORGE W. EDGAR.

36 So. (2nd) 276                                   January Division A
May 21, 1948                                       Special Division A
Rehearing denied June 30, 1948

PER CURIAM:
Affirmed.